[No. 8826–2–I.   Division One.   March 23, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER
JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–00380–8, Robert M. Elston, J., entered
April 23, 1980. *Affirmed* by unpublished opinion per James,
C.J., concurred in by Andersen and Corbett, JJ.

[No. 8149–7–I.   Division One.   March 23, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. OTHO
SMILEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–1–00008–2, Stephen M. Reilly, J., entered
October 18, 1979. *Affirmed* by unpublished opinion per
James, C.J., concurred in by Callow and Ringold, JJ.

[No. 3769–0–III.   Division Three.   March 24, 1981.]

JAMES A. COBB, ET AL, *Appellants,* v. BURTON A.
FOOTE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Kittitas County, No. 21107, W. R. Cole, J., entered
December 4, 1979. *Affirmed as modified* by unpublished
opinion per Roe, J., concurred in by McInturff, C.J., and
Stauffacher, J. Pro Tem.

[No. 3974–9–III.   Division Three.   March 24, 1981.]

ADALBERTO ROBLES, *Appellant,* v. YAKIMA
COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 78–2–01189–5, Cameron K. Hopkins,
J. Pro Tem., entered July 27, 1979. *Affirmed* by unpub-
lished opinion per Roe, J., concurred in by McInturff, C.J.,
and Munson, J.